UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
DOMINIC ANTONUCCI,
:                           **ORDER**
             **Petitioner,**
:                           08 Civ. 529 (SAS)
   - against -
:
UNITED STATES OF AMERICA,
:
             **Respondent.**
------------------------------------------------------------X
**SHIRA A. SCHEINDLIN, U.S.D.J.:**

On May 7, 2008, petitioner's motion for leave to file a reply to the Government's opposition to his motion to vacate, set aside or correct sentence pursuant to section 2255 of title 28 of the United States Code was granted. Accordingly, the Clerk of the Court is directed to close this motion (Document # 5).

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated:   New York, New York
          July 1, 2008